■ In the Matter of BARRY SAMMEL, Doing Business as OUR PLACE II, Appellant, v ANGELO J. APONTE, as Commissioner of the Department of Consumer Affairs of the City of New York, Respondent.—Judgment, Supreme Court, New York County (George Smith, J.), entered on or about July 9, 1985, unanimously affirmed, without costs and without disbursements, for the reasons stated by George Smith, J., at Special Term. Concur—Murphy, P. J., Sandler, Fein and Asch, JJ.

■ In the Matter of JAY M. DONCHEK, Appellant, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York and as Executive Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents.—Judgment, Supreme Court, New York County (Martin Stecher, J.), entered on October 18, 1984, unanimously affirmed, without costs and without disbursements, for the reasons stated by Martin Stecher, J. No opinion. Concur—Murphy, P. J., Sandler, Fein and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY TATE, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on September 14, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Asch and Kassal, JJ.